Marshall, Ch. J.,
 

 delivered the opinion of the court. — The court has considered this case, and is of opinion, that the jurisdiction cannot be supported.
 

 The words of the act of congress are,
 
 “
 
 where an alien is a party, or the ■suit is between a citizen of a state where the suit is brought, and a citizen of another state.” The court understands these expressions to mean, that each distinct interest should be represented by persons, all of whom are entitled to sue, or may be sued, in the federal courts. That is, that where the interest is joint, each of the persons concerned in that interest must be competent to sue, or liable to be sued, in those courts.
 

 But the court does not mean to give an opinion in the case where several parties represent several distinct interests, *and some of those parties r,... are, and others are not, competent to sue, or liable to be sued, in the *- •courts of the United States.
 

 Decree affirmed.